UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

JULIUS BISHOP, JR.

    Plaintiff

v.                                         Civil Action No. 2:06-0076

RITA ALBURY, Department of
Corrections Movement Coordinator and
WYETTA FREDERICKS, Regional Jail Administrator,

    Defendants

<u>MEMORANDUM OPINION AND ORDER</u>

    The court having received the proposed findings and recommendation of the United States Magistrate Judge filed on May 11, 2006, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by any party; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

    It is, accordingly, ORDERED that this civil action be, and it hereby is, dismissed without prejudice and stricken from the docket. The court further ORDERS that plaintiff's applica-

tion to proceed without prepayment of fees be, and it hereby is, denied.

The Clerk is directed to forward copies of this order to the plaintiff, all counsel of record, and the magistrate judge.

DATED: June 23, 2006

John T. Copenhaver, Jr.
United States District Judge

2